UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br>LISA JENOLA BLACKWELL-GOODLOE,<br>          Petitioner, | Case No. EDCV 10-0203-AHM(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED without prejudice.

DATE: March 10, 2010

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**

R&R-MDO\10-0203.jud
3/8/10